IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:19 CR 330 |
| v. | ) | |
| | ) | Title 21, United States Code, |
| CLAYTON HALL, | ) | Sections 841(a)(1), (b)(1)(B), and |
| | ) | (b)(1)(C) |
| Defendant. | ) | |

JUDGE NUGENT

COUNT 1
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1.   On or about October 25, 2018, in the Northern District of Ohio, Eastern Division, Defendant CLAYTON HALL did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2.   On or about November 28, 2018, in the Northern District of Ohio, Eastern Division, Defendant CLAYTON HALL did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about February 4, 2019, in the Northern District of Ohio, Eastern Division, Defendant CLAYTON HALL did knowingly and intentionally possess with intent to distribute approximately 24.36 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about February 4, 2019, in the Northern District of Ohio, Eastern Division, Defendant CLAYTON HALL did knowingly and intentionally possess with intent to distribute approximately 1.30 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

5. On or about March 28, 2019, in the Northern District of Ohio, Eastern Division, Defendant CLAYTON HALL did knowingly and intentionally possess with intent to distribute

approximately 40.04 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance; approximately 5.48 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance; and approximately 5.46 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, acetylfentanyl, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 6
(Possession with Intent to Distribute Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about March 28, 2019, in the Northern District of Ohio, Eastern Division, Defendant CLAYTON HALL did knowingly and intentionally possess with intent to distribute approximately 12.25 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 6 are incorporated herein by reference. As a result of the foregoing offenses, Defendant CLAYTON HALL shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or

indirectly, as the result of such violations; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to the following:

    a.    $11,579.00 in U.S. currency seized on or about October 25, 2018;

    b.    $6,660.00 in U.S. currency seized on or about November 28, 2018;

    c.    $1,518.50 in U.S. currency seized on or about February 4, 2019; and

    d.    $21,012.00 in U.S. currency seized on or about March 28, 2019.

                            A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.