FILED
2019 JUL 23 PM 3:01

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | S U P P L E M E N T A L |
| ) | I N D I C T M E N T |
| Plaintiff, ) | |
| ) | CASE NO. 1:19 CR 330 |
| v. ) | |
| ) | Title 21, United States Code, |
| CLAYTON HALL, ) | Sections 841(a)(1), (b)(1)(A), |
| ) | (b)(1)(B), and 846 |
| Defendant. ) | |

JUDGE NUGENT
MAG. JUDGE BAUGHMAN

COUNT 1
(Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

1. In or around April 2019, the exact dates being unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CLAYTON HALL and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree with each other and diverse others, to distribute 100 grams or more of a mixture and substance containing a detectable amount of valerylfentanyl, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; and heroin, a Schedule I controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(B).

2. Before Defendant committed the offense charged in this count, the defendant had a final conviction for a serious violent felony, namely, a conviction under Ohio Revised Code Sections 2911.11, 2905.01, and 2941.141, to wit: a conviction for Aggravated Burglary (F1) with

1-year Firearm Specification and Kidnapping (F2) with 1-year Firearm Specification, in Case No. CR-02-431448-B in the Cuyahoga County Court of Common Pleas, on or about May 8, 2003, for which he served more than 12 months' imprisonment.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant CLAYTON HALL shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.